PETER SZANTO in propria personna
P. O. BOX 10451
NEWPORT BEACH  CA  92658
949  887  2369

# UNITED STATES DISTRICT COURT

## in and for THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER SZANTO, Plaintiff, | Case No. 2:06-cv-00048 |
| vs. | DECLARATION OF SUSAN SZANTO |
| KLARA SZANTO (deceased), | SUPPORTING |
| THE ESTATE OF KLARA SZANTO, | RESPONSE and OPPOSITION |
| PAUL SZANTO, PAUL and KLARA SZANTO | TO MOTION TO SET ASIDE |
| REVOCABLE TRUST  dated March 19, 1991 | CLERK'S ENTRY OF DEFAULT |
| Defendants | Honorable Chief Judge Philip M. Pro |
| | Due on April 24, 2006 |
| | ** ORAL ARGUMENT IS REQUESTED ** |

1. My name is Susan Szanto.

2. This is my truthful declaration about matters of which I have personal knowledge.

3. I am the wife of the plaintiff Peter Szanto.

4. I am the daughter-in-law of defendant Paul Szanto.

5. I have known both Peter Szanto and Paul Szanto for nearly 30 years.

6. My mother-in-law Klara Szanto died on December 5, 2005; I knew her nearly 30 years.

DECLARATION OF SUSAN SZANTO SUPPORTING RESPONSE TO MOTION TO SET ASIDE - 1

7. In the entire time that I have known Paul Szanto, he has never said to me that he was in pain or that he needed medication to manage pain.

8. Paul Szanto seems to be in as good health as any man his age who I know or about whom I have read or been otherwise informed.

9. My own step-father is 3 years younger than Paul Szanto.

10. My own step-father is in poor health, often in pain and often depressed.

11. The difference between good health and poor health is a quality that I am able to readily perceive, understand and make opinions about.

12. Paul Szanto's accented speaking of English is no more difficult for me to understand than that of others who speak English with an accent. Here, in Orange County California, where I live, most people seem to speak with one or another type of accent. But the <u>United States Statistical Abstract</u> says only 45% of Orange County residents claim English as their second language.

13. On February 11, 2006, I personally handed Paul Szanto copies of the defaults that have been filed in this action.

14. He said he understood what those defaults meant.

15. Paul Szanto said to me that the Las Vegas project could have turned out well.

16. Immediately afterwards, Paul Szanto said he did not want to talk about the matter.

17. Paul Szanto then said "maybe now everyone will work everything out."

18. During my February 11, 2006 visit with Paul Szanto, he seemed alert, smart and well aware of everything around him and about current affairs.

19. Paul Szanto and I talked about Ariel Sharon's stroke and the importance of being near cutting-edge health care in case a person suffered one.

20. The idea that Peter is estranged from his family is bizarre and untrue.

21. I am well aware of the nature and purpose of Durable Powers of Attorney for Healthcare.

**DECLARATION OF SUSAN SZANTO SUPPORTING RESPONSE TO MOTION TO SET ASIDE - 2**

22. Because I know Paul **Szanto** to be very intent on retaining his freedom and independence, I am surprised that he would **not** have discussed the creation of a Durable Power of Attorney with Peter and me.

23. My conclusion, based on my knowledge and familiarity with Paul Szanto, his ways of thinking -- his personality -- his methods of dealing with problems and planning for contingencies -- is that he either signed the power of attorney in error, signed it while under the influence of drugs or other pressures, or did not comprehend the nature of what he was signing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 24, 2006        _____/s/_____ Susan Szanto

DECLARATION OF SUSAN SZANTO SUPPORTING RESPONSE TO MOTION TO SET ASIDE - 3