UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

PETER SZANTO,                )
                             )
        Plaintiff,        )    2:06-CV-00048-PMP-PAL
                             )
v.                           )
                             )
PAUL SZANTO, et al.,         )    O R D E R
                             )
        Defendants.       )
                             )

Having considered the pleadings and motions on file, and the arguments presented at the hearing on April 7, 2006, and good cause appearing,

IT IS ORDERED that Defendants' Motion to Set Aside the Clerk's Entry of Default (#12) is hereby granted.

IT IS FURTHER ORDERED that Plaintiff's Motion for Default Judgment (#10) is denied.

IT IS FURTHER ORDERED that the following motions are hereby denied as moot:

1. Defendants' Motion to Continue Default Judgment Hearing (#13);

2. Defendants' Motion to Continue Hearing on Motion for Default Judgment (#14);

3. Defendants' First Ex Parte Motion for Order Shortening Time (#15); and

4. Defendants' Ex Parte Motion for Order Shortening Time on Motion to Continue Hearing on Motion for Default Judgment (#15).

DATED: May 10, 2006

_____
PHILIP M. PRO
Chief United States District Judge